Ness, Defendant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Cullen, J., not sitting.

Lewis E. Waterman and another, Respondents, v. Edward L. Shipman and another, Appellants.—Judgment affirmed,with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Margaret S. Ives, Appellant, v. Gustav Ranger and others, Respondents. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Opinion by Dykman, J.

Matter of Petition of New York and Brooklyn Bridge — Order denying motion to confirm report reversed, with costs and disbursements, and motion to confirm report granted, without costs. Opinion by Barnard, P. J.; Cullen, J., dissenting.

## THIRD DEPARTMENT, SEPTEMBER TERM, 1892.

Lavina Spore, Appellant, v. Nathan Vaughn, Respondent — Judgment affirmed, with costs. Opinion by Putnam, J.; Mayham, P. J., not acting.

In the Matter of the Petition of Wilbur Alexander and others to Vacate an Assessment. — Order reversed; temporary injunction vacated, with costs and printing disbursements. Opinion by Mayham, P. J., Herrick, J., not acting.

The Round Lake Association, Respondent, v Bradford D. Kellogg, Appellant. — Judgment affirmed, with costs. Mem. by Herrick, J.

Almyron Conkey, Respondent, v. Charles Kenyon, Appellant. — Judgment of County Court affirmed, with costs. Opinion by Mayham, P. J.

Emma Dunckel, Respondent,v William Dunckel, Appellant. — Judgment affirmed, with costs.

Mary J. Smith, Respondent, v. Byron J. Town, Receiver, etc., Appellant. — Judgment entered upon the demurrers, and order consolidating the interlocutory judgments affirmed, with costs; with leave to defendant, within twenty days after the service of order of affirmance, to answer on payment of costs.

Smith A. Skinner, Respondent, v. The Walter A. Wood Mowing and Reaping Machine Company, Appellant. — Judgment affirmed, with costs. Opinion Per Curiam.

John P. Eisenlord, Appellant, v. David H. Clum, Respondent — Motion to set aside default granted upon payment of thirty dollars argument fees, and ten dollars costs of motion, with printing disbursements.

The People of the State of New York ex rel. Benjamin W. Wooster, Respondent, v. Edward A. Maher, as Mayor, etc., Appellant. — Motion to correct decision by granting relator costs granted.

Daniel C. Hewitt v. The City Mills. — Motion to dismiss appeal denied, with ten dollars costs.

The People of the State of New York ex rel.

John A. Roebling's Sons Company v. Edward Wemple, Comptroller. — Motion to resettle order granted.

James P. Schuyler, Respondent, v. The Fitchburgh Railroad Company, Appellant. — Motion for a reargument or leave to go to the Court of Appeals denied, with ten dollars costs. Mem. by Herrick, J.

Sidney E. Maders, as Receiver of the Property of William J.Whallon, Respondent, v.William J. Whallon and William J. McAuliff, Appellants, Impleaded with Eliza Whallon — Motion for reargument denied, with ten dollars costs. Mem. Per Curiam.

The People of the State of New York ex rel. Jehiel B. White, Sheriff of the County of Clinton, v. The Board of Supervisors of the County of Clinton. — Motion for reargument denied, order modified so as to permit an appeal to the Court of Appeals. Mem. Per Curiam.

William Bradley v. Robert Shafer and others. — Motion for reargument denied. Mem. Per Curiam.

John De Witt Peltz and Harriet Wagner, as Administrator and Administratrix de bonis non of Isaac H Watson, Deceased, Respondents, v. John A. Schultes and John Schultes, as Executors of Mary Watson, Deceased, late Surviving Executrix of Isaac H. Watson, Deceased, Appellants. — Motion to be relieved of costs denied, with costs. Mem. Per Curiam

Robert Dansinger and James H. Vandenburgh, Appellants, v. Edward C.White, Respondent.— Motion for reargument denied, with costs.

The People of the State of New York ex rel. Daniel E. Sutliff, Respondent, v The Board of Supervisors of Fulton County, Appellant. — Motion for reargument denied, without costs; order modified as per memorandum. Mem. Per Curiam.

## FIFTH DEPARTMENT, AUGUST TERM, 1892.*

**Decisions handed down August 23,1892.**

The People of the State of New York, Respondent, v. James Hughes, Appellant. — Motion for a reargument denied.

Clarinda T. Killick, Respondent, v. James H. Hooker, Appellant. — Motion for a reargument or for leave to appeal to the Court of Appeals denied.

## FOURTH DEPARTMENT, SEPTEMBER TERM, 1892.

The People of the State of New York ex rel. William J. Cramond, Respondent, v The Common Council of the City of Rome, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion by Hardin, P. J.

Edwin A. Root, as Administrator, Respondent, v. Charles A. Borst, Appellant. — Judgment affirmed, with costs Opinion by Hardin, P.J.; dissenting opinion by Martin, J.

Arthur L. Hall, Appellant, v. George Hanchett and another, Administrators, Respondents.— Judgment and order affirmed, with costs.

William L. Hopkins, Respondent, v. Menzo Marlette, as Surviving, etc., Appellant.—Judgment and order affirmed, with costs. Mem. by Hardin, P. J.

William C. Goff, Respondent, v. The Village of Little Falls, Appellant. — Judgment and order affirmed. with costs. Opinion by Martin, J.

Maurice Nellegan, Respondent, v. George G. Campbell,Appellant.—Judgment of the County Court of Onondaga county and that of the Justice's Court affirmed, with costs. Opinion by Hardin, P. J.

* Extraordinary term called by the Governor.